UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| TIMOTHY MARK YARBROUGH, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | No. 3:19-CV-278 |
| LOUDON COUNTY SHERIFF'S OFFICE, LOUDON COUNTY GENERAL SESSIONS COURT, PATRICK HENRY, CAPTAIN KEENER, CORPORAL ANGI MARTIN, CORPORAL SNOW, CHERYL WEST, OFFICER JACKSON, OFFICER DALLAS HILTON, and OFFICER BRANNAM, | ) | Judge Collier |
| *Defendants*. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint filed pursuant to 42 U.S.C. § 1983 is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b). Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

There being no other issues before the Court, the Clerk is **DIRECTED** to **CLOSE** the matter.

**SO ORDERED**.

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT